IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHELTER GENERAL INSURANCE COMPANY                    PLAINTIFF

vs.                           NO: 4:08CV00279 BSM

JOE HOWARD, ET AL.                                   DEFENDANTS

## ORDER

Pursuant to Plaintiff's motion for voluntary dismissal, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 17th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE